## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | Case No. BK 22-60108 |
| | ) | |
| LAURIE ANN HALUPCZOK | ) | Chapter 13 |
| JAMES MATTHEW HALUPCZOK, | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Sartell MHP, LLC and MHCA Homes, LLC for relief from the automatic stay imposed by 11 U.S.C. ' 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. ' 362(d) to warrant relief.

**IT IS ORDERED**:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. ' 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property: Unit 190, 190 Lowell Lane, Sartell, MN 56377.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: *September 27, 2022*

*/e/ Michael E. Ridgway*
United States Bankruptcy Judge